FILED
2009 SEP 22 PM 12: 05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
JUSTIN ELLIOTT

UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA,
WESTERN DIVISION

JUSTIN ELLIOTT,

   Plaintiff,

v.

PN FINANCIAL,

   Defendant.

Case No.: CV09 06888 CAS (AGRx)

COMPLAINT AND DEMAND FOR JURY TRIAL

(Unlawful Debt Collection Practices)

## VERIFIED COMPLAINT

JUSTIN ELLIOTT (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the following against PN FINANCIAL (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, insurers, and attorneys.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

5. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

8. Plaintiff is a natural person residing in Pasadena, Los Angeles County, California.

9. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)* and Defendant is attempting to collect a debt by communicating with Plaintiff as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

10. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt by contacting Plaintiff.

11. Defendant is a national company with business offices in Lincolnwood, Illinois.

## FACTUAL ALLEGATIONS

12. Defendant constantly and continuously places collection calls to Plaintiffs seeking and demanding payment for an alleged debt.

13. Defendant calls Plaintiff at 626-710-7449.

14. Defendant falsely represents itself to be legal offices. (See Exhibit A).

15. Defendant has falsely threatened Plaintiff with legal action by informing Plaintiff that action would be taken in the "County" courts. (See Exhibit A).

16. Defendant has falsely threatened Plaintiff with legal action by informing Plaintiff that

that he has a "Docket Number." (See Exhibit A).

17. Defendant fails to inform Plaintiff in each subsequent communication that the Defendant is a debt collector. (See Exhibit A).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

18. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692d of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff.

    b. Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    c. Defendant violated §1692e(3) of the FDCPA by falsely representing itself to be a law office.

    d. Defendant violated §1692e(5) of the FDCPA by falsely threatening Plaintiff with legal action.

    e. Defendant violated §1692e(10) of the FDCPA by engaging in the false and deceptive practices of falsely representing itself as a legal office, falsely threatening Plaintiff with legal action and failing to inform Plaintiff in each subsequent communication that the communication is from a debt collector.

    f. Defendant violated §1692e(11) of the FDCPA by failing to inform Plaintiff in each subsequent communication that the communication is from a debt collector.

19. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit B).

WHEREFORE, Plaintiff, JUSTIN ELLIOTT, respectfully requests judgment be entered against Defendant, PN FINANCIAL, for the following:

20. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

PLAINTIFF'S COMPLAINT

21. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

22. Actual damages,

23. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

24. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

25. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

26. Defendant violated the RFDCPA based on the following:

    a. Defendant violated *§1788.11(d)* of the RFDCPA by causing Plaintiff's telephone to ring repeatedly and continuously so as to annoy Plaintiff.

    b. Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to Plaintiff with such frequency that was unreasonable and constituted harassment.

    c. Defendant violated *§1788.13(b)* of the RFDCPA falsely representing itself to be a law office.

    d. Defendant violated *§1788.13(j)* of the FDCPA by falsely threatening Plaintiff with legal action.

    e. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*

27. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit B).

PLAINTIFF'S COMPLAINT

WHEREFORE, Plaintiff, JUSTIN ELLIOTT, respectfully requests judgment be entered against Defendant, PN FINANCIAL, for the following:

28. Declaratory judgment that Defendant's conduct violated the Rosenthal Fair Debt Collection Practices Act,
29. Statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,
30. Actual damages,
31. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and
32. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, JUSTIN ELLIOTT, demands a jury trial in this cause of action.

DATED: September 17, 2009

RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.

By: _____
Nicholas J. Bontrager
Attorney for Plaintiff

# VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, JUSTIN ELLIOTT, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, JUSTIN ELLIOTT, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 9.09.09

JUSTIN ELLIOTT

# EXHIBIT A

PLAINTIFF'S COMPLAINT

This message is for Jason Elliott. My name is Samantha. I am calling from the attorney office of John Sullivan. I need you to return my call and speak with me at 877-588-6671. This is regarding a file that is in my office and which I do want to speak to you about before it reaches the County Courts of California. Your docket number is 1280960.

Justin Elliott, this is Paul Westbroook with PNF Associates. I have a very important matter in my office that I need to speak with you upon. I can be reached toll free at 866-588-8549. When calling me please refer to case number 120960. Justin please be advised that time is of the essence for you to resolve this matter. There will be a decision rendered with or without your input. I suggest you give us a call back as soon as possible.

**EXHIBIT B**

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — (YES) NO
2. Fear of answering the telephone — (YES) NO
3. Nervousness — (YES) NO
4. Fear of answering the door — (YES) NO
5. Embarrassment when speaking with family or friends — (YES) NO
6. Depressions (sad, anxious, or "empty" moods) — (YES) NO
7. Chest pains — YES (NO)
8. Feelings of hopelessness, pessimism — (YES) NO
9. Feelings of guilt, worthlessness, helplessness — (YES) NO
10. Appetite and/or weight loss or overeating and weight gain — (YES) NO
11. Thoughts of death, suicide or suicide attempts — YES (NO)
12. Restlessness or irritability — (YES) NO
13. Headache, nausea, chronic pain or fatigue — (YES) NO
14. Negative impact on my job — (YES) NO
15. Negative impact on my relationships — (YES) NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _____
_____
_____
_____
_____

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 9-9-09

Signed Name: [signature]

Printed Name: Justin Elliott

Sep. 17, 2009 10:27 AM   (page 1)

| Date / Time | | Destination | Sender | File Name | Status |
|---|---|---|---|---|---|
| Sep. 17 | 10:27 AM | FCiurlizza | | | Done |
| Sep. 17 | 10:14 AM | EReigns | | | Done |
| Sep. 17 | 10:11 AM | ARousseaux | | | Done |
| Sep. 17 | 10:08 AM | CBrown | | | Done |
| Sep. 17 | 10:08 AM | CBrown | | | Done |
| Sep. 17 | 10:07 AM | CBrown | | | Done |
| Sep. 17 | 10:07 AM | KWright | | | Done |
| Sep. 17 | 10:07 AM | CBrown | | | Done |
| Sep. 17 | 10:01 AM | CBrown | | | Done |
| Sep. 17 | 9:54 AM | Hnguyen | | | Done |
| Sep. 17 | 9:42 AM | CBrown | | | Done |
| Sep. 17 | 9:42 AM | FCiurlizza | | | Done |
| Sep. 17 | 9:37 AM | Hnguyen | | | Done |
| Sep. 17 | 9:37 AM | Hnguyen | | | Done |
| Sep. 17 | 9:35 AM | CBrace | | | Done |
| Sep. 17 | 9:26 AM | ARousseaux | | | Done |
| Sep. 17 | 9:19 AM | CBrown | | | Done |
| Sep. 17 | 9:18 AM | CBrown | | | Done |
| Sep. 17 | 9:18 AM | CBrown | | | Done |
| Sep. 17 | 9:17 AM | Hnguyen | | | Done |
| Sep. 17 | 9:11 AM | EReigns | | | Done |
| Sep. 17 | 9:00 AM | CBrace | | | Done |
| Sep. 17 | 8:47 AM | CBrown | | | Done |
| Sep. 17 | 8:41 AM | CBrown | | | Done |
| Sep. 17 | 8:41 AM | CBrown | | | Done |
| Sep. 17 | 7:52 AM | RTeamor | | | Done |
| Sep. 17 | 7:00 AM | RTeamor | | | Done |
| Sep. 16 | 5:04 PM | KWright | | | Done |
| Sep. 16 | 5:04 PM | KWright | | | Done |
| Sep. 16 | 4:47 PM | Hnguyen | | | Done |
| Sep. 16 | 4:25 PM | Hnguyen | | | Done |
| Sep. 16 | 4:11 PM | CBrace | | | Done |
| Sep. 16 | 4:10 PM | CBrace | | | Done |
| Sep. 16 | 4:09 PM | AKrohn | | | Done |
| Sep. 16 | 4:07 PM | DKahl | | | Done |
| Sep. 16 | 4:06 PM | DKahl | | | Done |
| Sep. 16 | 4:04 PM | DKahl | | | Done |
| Sep. 16 | 4:02 PM | DKahl | | | Done |
| Sep. 16 | 4:02 PM | DKahl | | | Done |
| Sep. 16 | 4:01 PM | DKahl | | | Done |
| Sep. 16 | 4:00 PM | DKahl | | | Done |
| Sep. 16 | 4:00 PM | DKahl | | | Done |
| Sep. 16 | 3:59 PM | DKahl | | | Done |
| Sep. 16 | 3:59 PM | DKahl | | | Done |
| Sep. 16 | 3:59 PM | DKahl | | | Done |
| Sep. 16 | 3:59 PM | DKahl | | | Done |
| Sep. 16 | 3:58 PM | DKahl | | | Done |
| Sep. 16 | 3:58 PM | DKahl | | | Done |
| Sep. 16 | 3:57 PM | DKahl | | | Done |
| Sep. 16 | 3:56 PM | DKahl | | | Done |

Sep. 17,2009 10:27 AM   (page 2)

| Date / Time | | Destination | Sender | File Name | Status |
|---|---|---|---|---|---|
| Sep. 16 | 3:56 PM | DKahl | | | Done |
| Sep. 16 | 3:54 PM | RTeamor | | | Done |
| Sep. 16 | 3:53 PM | KWright | | | Done |
| Sep. 16 | 3:51 PM | HAntoine | | | Done |
| Sep. 16 | 3:46 PM | KWright | | | Done |
| Sep. 16 | 3:46 PM | KWright | | | Done |
| Sep. 16 | 3:46 PM | KWright | | | Done |
| Sep. 16 | 3:44 PM | Hnguyen | | | Done |
| Sep. 16 | 3:39 PM | Hnguyen | | | Done |
| Sep. 16 | 3:39 PM | Hnguyen | | | Done |
| Sep. 16 | 3:32 PM | DKahl | | | Done |
| Sep. 16 | 3:31 PM | Hnguyen | | | Done |
| Sep. 16 | 3:29 PM | DKahl | | | Done |
| Sep. 16 | 3:29 PM | DKahl | | | Done |
| Sep. 16 | 3:28 PM | DKahl | | | Done |
| Sep. 16 | 3:28 PM | DKahl | | | Done |
| Sep. 16 | 3:28 PM | DKahl | | | Done |
| Sep. 16 | 3:28 PM | DKahl | | | Done |
| Sep. 16 | 3:28 PM | DKahl | | | Done |
| Sep. 16 | 3:27 PM | DKahl | | | Done |
| Sep. 16 | 3:27 PM | DKahl | | | Done |
| Sep. 16 | 3:27 PM | DKahl | | | Done |
| Sep. 16 | 3:27 PM | DKahl | | | Done |
| Sep. 16 | 3:20 PM | RTeamor | | | Done |
| Sep. 16 | 3:16 PM | EReigns | | | Done |
| Sep. 16 | 3:10 PM | DKahl | | | Done |
| Sep. 16 | 3:07 PM | RTeamor | | | Done |
| Sep. 16 | 3:05 PM | DKahl | | | Done |
| Sep. 16 | 3:02 PM | CBrown | | | Done |
| Sep. 16 | 3:02 PM | CBrown | | | Done |
| Sep. 16 | 3:01 PM | CBrown | | | Done |
| Sep. 16 | 3:00 PM | DKahl | | | Done |
| Sep. 16 | 2:59 PM | DKahl | | | Done |
| Sep. 16 | 2:54 PM | DKahl | | | Done |
| Sep. 16 | 2:54 PM | DKahl | | | Done |
| Sep. 16 | 2:53 PM | DKahl | | | Done |
| Sep. 16 | 2:52 PM | RTeamor | | | Done |
| Sep. 16 | 2:51 PM | DKahl | | | Done |
| Sep. 16 | 2:36 PM | Hnguyen | | | Done |
| Sep. 16 | 2:32 PM | CBrace | | | Done |
| Sep. 16 | 2:31 PM | CBrace | | | Done |
| Sep. 16 | 2:31 PM | CBrace | | | Done |
| Sep. 16 | 2:21 PM | KEisenberg | | | Done |
| Sep. 16 | 2:12 PM | RTeamor | | | Done |
| Sep. 16 | 2:04 PM | DKahl | | | Done |
| Sep. 16 | 2:03 PM | DKahl | | | Done |
| Sep. 16 | 2:03 PM | DKahl | | | Done |
| Sep. 16 | 2:03 PM | DKahl | | | Done |
| Sep. 16 | 2:03 PM | DKahl | | | Done |
| Sep. 16 | 2:03 PM | DKahl | | | Done |

```
                                                          Sep. 17,2009 10:27 AM   (page 3)
Date / Time         Destination          Sender       File Name            Status
Sep. 16    2:03 PM DKahl                                                   Done
Sep. 16    2:02 PM DKahl                                                   Done
Sep. 16    2:02 PM DKahl                                                   Done
Sep. 16    2:02 PM DKahl                                                   Done
Sep. 16    2:02 PM DKahl                                                   Done
Sep. 16    2:01 PM DKahl                                                   Done
Sep. 16    2:01 PM DKahl                                                   Done
Sep. 16    2:01 PM DKahl                                                   Done
Sep. 16    2:01 PM DKahl                                                   Done
Sep. 16    2:01 PM DKahl                                                   Done
Sep. 16    2:00 PM DKahl                                                   Done
Sep. 16    2:00 PM DKahl                                                   Done
Sep. 16    2:00 PM DKahl                                                   Done
Sep. 16    1:59 PM DKahl                                                   Done
Sep. 16    1:59 PM DKahl                                                   Done
Sep. 16    1:59 PM DKahl                                                   Done
Sep. 16    1:59 PM DKahl                                                   Done
Sep. 16    1:58 PM DKahl                                                   Done
Sep. 16    1:58 PM DKahl                                                   Done
Sep. 16    1:58 PM DKahl                                                   Done
Sep. 16    1:58 PM DKahl                                                   Done
Sep. 16    1:57 PM DKahl                                                   Done
Sep. 16    1:57 PM DKahl                                                   Done
Sep. 16    1:57 PM DKahl                                                   Done
Sep. 16    1:56 PM ARousseaux                                              Done
Sep. 16    1:56 PM ARousseaux                                              Done
Sep. 16    1:55 PM CBrown                                                  Done
Sep. 16    1:55 PM CBrown                                                  Done
Sep. 16    1:55 PM CBrown                                                  Done
Sep. 16    1:55 PM CBrown                                                  Done
Sep. 16    1:54 PM CBrown                                                  Done
Sep. 16    1:54 PM CBrown                                                  Done
Sep. 16    1:54 PM CBrown                                                  Done
Sep. 16    1:50 PM KEisenberg                                              Done
Sep. 16    1:50 PM ARousseaux                                              Done
Sep. 16    1:49 PM ARousseaux                                              Done
Sep. 16    1:40 PM CBrown                                                  Done
Sep. 16    1:40 PM CBrown                                                  Done
Sep. 16    1:39 PM CBrown                                                  Done
Sep. 16    1:39 PM Hnguyen                                                 Done
Sep. 16    1:39 PM CBrown                                                  Done
Sep. 16    1:38 PM CBrown                                                  Done
Sep. 16    1:38 PM CBrown                                                  Done
Sep. 16    1:38 PM CBrown                                                  Done
Sep. 16    1:38 PM CBrown                                                  Done
Sep. 16    1:10 PM Hnguyen                                                 Done
Sep. 16    1:06 PM MAgruss                                                 Done
Sep. 16   12:51 PM PPalomo                                                 Done
Sep. 16   12:44 PM ARousseaux                                              Done
Sep. 16   12:25 PM ARousseaux                                              Done
```

Sep. 17,2009 10:27 AM   (page 4)

| Date / Time | | Destination | Sender | File Name | Status |
|---|---|---|---|---|---|
| Sep. 16 | 11:54 AM | CBrown | | | Done |
| Sep. 16 | 11:53 AM | CBrown | | | Done |
| Sep. 16 | 11:53 AM | CBrown | | | Done |
| Sep. 16 | 11:52 AM | CBrown | | | Done |
| Sep. 16 | 11:52 AM | CBrown | | | Done |
| Sep. 16 | 11:52 AM | CBrown | | | Done |
| Sep. 16 | 11:50 AM | CBrown | | | Done |
| Sep. 16 | 11:50 AM | CBrown | | | Done |
| Sep. 16 | 11:49 AM | CBrown | | | Done |
| Sep. 16 | 11:21 AM | DKahl | | | Done |
| Sep. 16 | 11:19 AM | DKahl | | | Done |
| Sep. 16 | 11:17 AM | DKahl | | | Done |
| Sep. 16 | 11:15 AM | DKahl | | | Done |
| Sep. 16 | 11:11 AM | DKahl | | | Done |
| Sep. 16 | 11:09 AM | DKahl | | | Done |
| Sep. 16 | 11:07 AM | DKahl | | | Done |
| Sep. 16 | 11:06 AM | DKahl | | | Done |
| Sep. 16 | 11:05 AM | Hnguyen | | | Done |
| Sep. 16 | 11:05 AM | Hnguyen | | | Done |
| Sep. 16 | 11:05 AM | ARequierme | | | Done |
| Sep. 16 | 10:59 AM | EReigns | | | Done |
| Sep. 16 | 10:59 AM | EReigns | | | Done |
| Sep. 16 | 10:52 AM | CBrown | | | Done |
| Sep. 16 | 10:52 AM | CBrown | | | Done |
| Sep. 16 | 10:51 AM | CBrown | | | Done |
| Sep. 16 | 10:51 AM | CBrown | | | Done |
| Sep. 16 | 10:50 AM | CBrown | | | Done |
| Sep. 16 | 10:50 AM | CBrown | | | Done |
| Sep. 16 | 10:50 AM | CBrown | | | Done |
| Sep. 16 | 10:49 AM | CBrown | | | Done |
| Sep. 16 | 10:49 AM | CBrown | | | Done |
| Sep. 16 | 10:49 AM | CBrown | | | Done |
| Sep. 16 | 10:49 AM | CBrown | | | Done |
| Sep. 16 | 10:49 AM | CBrown | | | Done |
| Sep. 16 | 10:49 AM | CBrown | | | Done |
| Sep. 16 | 10:48 AM | CBrace | | | Done |
| Sep. 16 | 10:46 AM | FCiurlizza | | | Done |
| Sep. 16 | 10:42 AM | ARequierme | | | Done |
| Sep. 16 | 10:27 AM | DKahl | | | Done |
| Sep. 16 | 10:25 AM | DKahl | | | Done |
| Sep. 16 | 10:19 AM | MRoth | | | Done |
| Sep. 16 | 10:19 AM | MRoth | | | Done |
| Sep. 16 | 10:13 AM | CBrown | | | Done |
| Sep. 16 | 10:13 AM | CBrown | | | Done |
| Sep. 16 | 10:13 AM | CBrown | | | Done |
| Sep. 16 | 10:13 AM | CBrown | | | Done |
| Sep. 16 | 10:13 AM | CBrown | | | Done |
| Sep. 16 | 10:12 AM | CBrown | | | Done |
| Sep. 16 | 10:12 AM | CBrown | | | Done |

Sep. 17,2009 10:27 AM   (page 5)

| Date / Time | Destination | Sender | File Name | Status |
|---|---|---|---|---|
| Sep. 16 | 10:12 AM CBrown | | | Done |
| Sep. 16 | 10:12 AM CBrown | | | Done |
| Sep. 16 | 10:12 AM CBrown | | | Done |
| Sep. 16 | 9:52 AM RTeamor | | | Done |
| Sep. 16 | 9:52 AM RTeamor | | | Done |
| Sep. 16 | 9:51 AM RTeamor | | | Done |
| Sep. 16 | 9:50 AM RTeamor | | | Done |
| Sep. 16 | 9:49 AM RTeamor | | | Done |
| Sep. 16 | 9:48 AM RTeamor | | | Done |
| Sep. 16 | 9:47 AM RTeamor | | | Done |
| Sep. 16 | 9:46 AM RTeamor | | | Done |
| Sep. 16 | 9:27 AM EReigns | | | Done |
| Sep. 16 | 9:22 AM RTeamor | | | Done |
| Sep. 16 | 8:39 AM CBrace | | | Done |
| Sep. 16 | 8:15 AM CBrown | | | Done |
| Sep. 16 | 8:14 AM CBrown | | | Done |
| Sep. 16 | 8:14 AM CBrown | | | Done |
| Sep. 16 | 8:14 AM CBrown | | | Done |
| Sep. 16 | 8:14 AM CBrown | | | Done |
| Sep. 16 | 8:13 AM CBrown | | | Done |
| Sep. 16 | 8:13 AM CBrown | | | Done |
| Sep. 16 | 8:13 AM CBrown | | | Done |
| Sep. 16 | 8:12 AM CBrown | | | Done |
| Sep. 16 | 8:12 AM CBrown | | | Done |
| Sep. 16 | 7:59 AM ARequierme | | | Done |
| Sep. 16 | 7:57 AM EReigns | | | Done |
| Sep. 16 | 7:18 AM EReigns | | | Done |
| Sep. 15 | 5:03 PM HAntoine | | | Done |
| Sep. 15 | 5:00 PM PPalomo | | | Done |
| Sep. 15 | 4:38 PM Hnguyen | | | Done |
| Sep. 15 | 4:28 PM MAgruss | | | Done |
| Sep. 15 | 4:20 PM PPalomo | | | Done |
| Sep. 15 | 4:20 PM PPalomo | | | Done |
| Sep. 15 | 4:15 PM PPalomo | | | Done |
| Sep. 15 | 4:09 PM DKahl | | | Done |
| Sep. 15 | 4:09 PM DKahl | | | Done |
| Sep. 15 | 4:08 PM DKahl | | | Done |
| Sep. 15 | 4:08 PM DKahl | | | Done |
| Sep. 15 | 4:07 PM DKahl | | | Done |
| Sep. 15 | 4:07 PM DKahl | | | Done |
| Sep. 15 | 4:07 PM DKahl | | | Done |
| Sep. 15 | 4:06 PM DKahl | | | Done |
| Sep. 15 | 4:06 PM DKahl | | | Done |
| Sep. 15 | 4:06 PM DKahl | | | Done |
| Sep. 15 | 4:06 PM DKahl | | | Done |
| Sep. 15 | 4:05 PM DKahl | | | Done |
| Sep. 15 | 4:05 PM PPalomo | | | Done |
| Sep. 15 | 4:04 PM DKahl | | | Done |
| Sep. 15 | 4:04 PM DKahl | | | Done |
| Sep. 15 | 4:03 PM DKahl | | | Done |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Christina A. Snyder and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

**CV09- 6888 CAS (AGRx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| JUSTIN ELLIOTT | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV09 06888 CAS (AGRx) |
| PN FINANCIAL | SUMMONS |
| DEFENDANT(S). | |

TO: DEFENDANT(S): PN FINANCIAL

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Nicholas J. Bontrager, Esq._, whose address is _Krohn & Moss, Ltd.; 10474 Santa Monica Blvd., Suite 401; Los Angeles, CA 90025_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __SEP 2 2 2009__    By: __CHRISTOPHER ROWERS__
Deputy Clerk
(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (12/07)    SUMMONS

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| JUSTIN ELLIOTT | PN FINANCIAL |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Krohn & Moss, Ltd.; Nicholas J. Bontrager, Esq.<br>10474 Santa Monica Blvd., Suite 401; Los Angeles, CA 90025<br>(323) 988-2400 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No       ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 USC 1692 et seq.; Unlawful and Abusive Debt Collection Practices

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☒ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

FOR OFFICE USE ONLY:   Case Number:  **CV09 06888**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                     CIVIL COVER SHEET                     Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles (CA) | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Lincolnwood, Illinois |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles (CA) | |

\* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date September 17, 2009

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |